BUCHALTER NEMER
A Professional Corporation
    Barry A. Smith (SBN:  48697)
    Brian H. Newman (SBN:  205373)
1000 Wilshire Blvd., Suite 1500
Los Angeles, CA  90017-2457
Telephone: (213) 891-0700
Facsimile: (213) 896-0400

Attorneys for Defendant
First California Bank

JS-6

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT B. KEENAN,<br><br>        Plaintiff,<br><br>   vs.<br><br>FIRST CALIFORNIA BANK,<br><br>       Defendant. | Case No. CV 06-1793 JVS (PJW)<br><br>**JUDGMENT IN FAVOR OF FIRST CALIFORNIA BANK**<br><br>Assigned to Hon. James V. Selna |

**JUDGMENT**

WHEREAS, on March 3, 2009, the Court granted the motion for summary judgment filed by defendant First California Bank ("FCB") against plaintiff Robert Keenan;

IT IS HEREBY ORDERED, ADJUDGED AND DECREED that Judgment is entered in favor of FCB and against Mr. Keenan on the First, Second, Third, Fourth, and Fifth Claims for Relief in Mr. Keenan's First Amended Complaint. The Court declines to exercise supplemental jurisdiction over the Sixth Claim for Relief, and dismisses this claim pursuant to 28 U.S.C. § 1367(c)(3).

**IT IS SO ORDERED.**

DATED: March 12, 2009

_____
Hon. James V. Selna
United States District Judge

[PROPOSED] JUDGMENT IN FAVOR OF FIRST CALIFORNIA BANK

1

2

**PROOF OF SERVICE**

3

4        I am employed in the County of Los Angeles, State of California.  I am over the age of 18

5    and not a party to the within action.  My business address is at BUCHALTER NEMER, A

6    Professional Corporation, 1000 Wilshire Boulevard, Suite 1500, Los Angeles, California  90017-

7    2457.

8        On the date set forth below, I served the foregoing document described as:

9    **[PROPOSED] JUDGMENT IN FAVOR OF FIRST CALIFORNIA BANK**

10   on all other parties and/or their attorney(s) of record to this action by _____    faxing and/or

11   __✗__ placing a true copy thereof in a sealed envelope as follows:

12   Donald E. Chadwick
     8946 White Oak Drive
13   Northridge, CA  91325
     818-701-9935 tel.
14   dchadlaw@aol.com

15   ☒    **BY MAIL**   I am readily familiar with the business' practice for collection and processing
16   of correspondence for mailing with the United States Postal Service. The address(es) shown above
     is(are) the same as shown on the envelope.  The envelope was placed for deposit in the United
17   States Postal Service at Buchalter Nemer in Los Angeles, California on March 4, 2009.  The
     envelope was sealed and placed for collection and mailing with first-class prepaid postage on this
18   date following ordinary business practices.

19

20   ☒    I declare that I am employed in the office of a member of the bar of this court at whose

21   direction the service was made.  Executed on March 4, 2009, at Los Angeles, California.

22

23        Violet Carrera                          /s/ Violet Carrera
                                                     (Signature)

24

25

26

27

28   BN 2692073v1

BUCHALTER NEMER
A PROFESSIONAL CORPORATION
LOS ANGELES

PROOF OF SERVICE

Robert B. Keenan vs. First California Bank
Case No. CV 06-1793